JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACMET, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STAGE STORES, INC., et al., <br><br> Defendants. | CASE NO. CV 15-4666 GHK (JCx) <br><br> **ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **30 days**, to reopen the action if settlement is not consummated.

Dated: 9/29/16

_____
GEORGE H. KING
United States District Judge